DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WHISNANT v. WHISNANT

No. 173P94

Case below: 114 N.C.App. 267

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.


PETITIONS TO REHEAR

IN RE DISMISSAL OF HUANG

No. 326A93

Case below: 336 N.C. 67

Petition by petitioner (Dr. Barney K. Huang) to rehear pursuant to Rule 31 denied 16 June 1994.